### Commonwealth v. Alston, Appellant.

Before GUERIN, P. J.

Submitted December 9, 1968. *Joseph Alessandroni, Jr.,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth v. Anders, Appellant.

Submitted December 11, 1968. *John B. Stevens, Jr.,* for appellant; *Arthur Ed. Saylor,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.